UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ECF
------------------------------------x
GEORGE KARKANIAS,                           08 Civ. 1967(Scheindlin,J.)(Peck, M.J.)

      Plaintiffs,

v.                                          **Scheduling Order**

ALBERT EINSTEIN COLLEGE OF MEDICINE
OF YESHIVA UNIVERSITY; AND YESHIVA
UNIVERSITY,

      Defendants.
------------------------------------x

The parties hereby submit the following information to the Court:

(1) the initial conference hereby has convened on Wednesday, March 26, 2008. Appearances

  for the parties are as follows:

    a)    Chinyere Okoronkwo, Esq., Special Counsel to
           Cox Padmore Skolnik & Shakarchy, LLP, plaintiff's attorneys; and

    b)    Dan Riesel, Esq. and Brigette Lee, Esq.
           Sive Paget and Riesel, P.C., defendants' counsel

(2) the issues are concisely stated as follows:

Dr. Karkanias was at AECOM for 18 years. Dr. Karkanas made repeated complaints about defendants' alleged discrimination against a Muslim post-graduate fellow-employee. The defendants took adverse employment and post-employment actions against Dr. Karkanias. He claims that said actions were taken in violation of Title VII of the Civil Rights Act of 1964, as well as state and local human rights laws. The defendants allegedly failed to remit his vacation pay in violation of New York State labor laws. The defendants allegedly interfered with his business relations. The defendants allegedly engaged in breach of contract, pursuant to, *inter alia*, the employment handbook policy and letter commitment to extend Dr. Karkanias' Assistant Professor appointment for an additional two years.

*Initial Disclosures by April 7, 2008*

(3) a schedule including:        *May – August*

    (a) the names of persons to be deposed by plaintiff:

Anne Etgen, Ph.D
minority affairs director

Donald Faber
Neuroscience Department Chairman

Dr. Todd R. Evans
Assistant Dean for Graduate Studies.

Michael Prystowsky
Department of Pathology Chairman

Dean Purpura
Dean of the Medical College

Dr. David

Ed Burns
AECOM Dean

Nancy Markey
Human Resources/Affirmative action department

John Harb

Peter Werner, Ph.D.
AECOM associate professor

    (b) the name of persons to be deposed by defendants:

*Plaintiff*
*Illan Tapalli*
*others identified in the foregoing deposition*
*~~at Etgen~~*

(c) a schedule for the production of documents:

*Requests by April 15, 2008*
*Respond May 15th, 2008*

*Discovery Cut-off Oct. 3, 2008*

(d) date(s) by which (i) each expert's report will be supplied to the adverse side and (ii) each expert's deposition will be completed:

(i) within 30 days after the ~~close of discovery~~ 11/3 ~~Dec 3, 2008~~

(ii) within ~~30~~ 15 days thereafter. 11/17

(e) the date by which plaintiff will supply the pre-trial order matter to defendant:

~~Feb 5, 2009~~   12/1

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial; or (2) proposed voir dire questions and proposed jury instructions, for a jury trial:

(f)(2) ~~February 27, 2009~~   12/22

(g) ~~Oct 15, 2008~~ at 4:30, the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the court at the conference.

---

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders:

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort were unable to reach an agreement:

(6) anticipated fields of expert testimony, if any:

damages

(7) anticipated length of trial and whether to court or jury:

Jury trial – length one week

(8) this Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

(9) names, addresses, phone numbers and signatures of counsel:

Plaintiff's Counsel: Steve D. Skolnik, Esq., Cox Padmore Skolnik & Shakarchy, LLP, 630 Third Avenue, 19th Floor; New York, NY 10017; (212) 953-6633
Chinyere Okoronkwo, Esq., Special Counsel to Cox Padmore Skolnik & Shakarchy, LLP

Defense Counsel: Steve Russo, Esq., Dan Riesel, Esq. and Brigette Lee, Esq., Sive Paget and Riesel, P.C., 460 Park Avenue, New York, NY 10022; (212)421-2150

_____
Chinyere Okoronkwo, Esq.

_____
Dan Riesel, Esq.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

3/26/08