UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
GEORGE KARKANIAS,

        Plaintiff,

        Case No.: 08 CV 1967

  -against-

ALBERT EINSTEIN COLLEGE OF MEDICINE OF
YESHIVA UNIVERSITY; AND YESHIVA         RULE 7.1 STATEMENT
UNIVERSITY,

        Defendants.

------------------------------------------------------------- X

    Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Albert Einstein College of Medicine of Yeshiva University and Yeshiva University certifies that there are no parent companies, subsidiaries, or affiliates of the above-named defendants, and that the above-named defendants have issued no shares to the public of the United States.

Dated: New York, New York
       April 7, 2008

                              SIVE, PAGET & RIESEL, P.C.
                              Attorneys for Defendants
                              Albert Einstein College of Medicine of
                              Yeshiva University and Yeshiva
                              University

                       By: _____
                              Daniel Riesel (DR-9777)
                              460 Park Avenue
                              New York, New York 10022
                              (212) 421-2150

TO:    COX PADMORE SKOLNIK & SHAKARCY LLP
        Attorneys for Plaintiff
        ATTN: Chinyere Y. Okoronkwo
        630 Third Avenue, 19th Floor
        New York, New York 10017
        (212) 953-6633

P:\6000\Rule 7.1 disclosure statement.doc