UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ECF

_____x

GEORGE KARKANIAS,                           08 Civ. 1967(Scheindlin,J.)(Peck, M.J.)

        Plaintiffs,                        **AUTOMATIC DISCLOSURE**
                                           **STATEMENT**
v.

ALBERT EINSTEIN COLLEGE OF MEDICINE
OF YESHIVA UNIVERSITY; AND YESHIVA
UNIVERSITY,

        Defendants.
_____x

        Plaintiff George Karkanias, Ph.D., by his attorneys Cox Padmore Skolnik & Shakarchy LLP, hereby submits the following automatic disclosures as required under Fed. R. Civ. P. 26:

**Disclosure 1(a)  Identify the name and address of all persons with discoverable information respecting claims, defenses and damages.**

Yeshiva University/AECOM Employees:

Anne Etgen, Ph.D
Minority Affairs Director

Donald Faber
Neuroscience Department Chairman

Dr. Todd R. Evans
Assistant Dean for Graduate Studies.

Michael Prystowsky
Department of Pathology Chairman

Yeshiva University/AECOM Employees (con't):

Dean Purpura
Dean of the Medical College

Dr. Jimmy David

Ed Burns
AECOM Dean

Nancy Markey
Human Resources/Affirmative action department

John L. Harb
Assistant Dean for Scientific Operations

Peter Werner, Ph.D.
AECOM associate professor

Luciano Rossetti, Ph.D.
tenured and endowed professor

Dr. Ilona Vathy

Alexia Pakiels

Sal Manna

Zaven Kaprielian. Ph.D.

Richard Kosman

Other Witnesses

| | |
|---|---|
| Eliot Garner, Ph.D. | *see* K00250 |
| Dr. Richard De La Garza II, Ph.D. | *see* K00237 |
| Richard M. Fleuridor, Ph.D. | *see* K00292 |
| Arnulfo Quesada, Ph.D. | *see* K00335 |
| Oksana Hnatczuk, Ph.D. | |
| Jeannie Fiber, Ph.D. | *see* K00316 |
| Mr. John Liburd | |

Other Potential Witnesses:

| | |
|---|---|
| Dr. Cyndra Xinheliu | *see* K00331 |
| J.C. Morales, Ph.D. | *see* K00296 |
| Jacki Esperanza | |
| Naquait Pearson<br>10 Woodwaye Rd<br>Plainview, NY 11803 | |
| Additional Potential Witnesses | *see* K00328-29; K00386-87; K00389 |

**Disclosure 1(b)  General description of all documents in the custody and control of a party relevant to the claims and defenses herein.**

Plaintiff herewith automatically produces the following documents identified by Bates Stamp numbers K00001 through K01088, subject to the attorney-client privilege, which plaintiff reserves, and does not waive.  Pursuant to the attorney-client privilege, plaintiff has redacted a portion of pages herein automatically disclosed to the defense.  The affected pages are identified by Bates Stamp numbers K00255; K00274-76; K00300; K00329; K00387; and K00389-90.

**Disclosure 1(c) A computation of damages, including materials on which the computation is based, including materials bearing on the nature and extent of injuries suffered.**

Damages will be determined at a trial by jury.

**Disclosure 1(d)  Contents of any insurance agreements under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered into the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None.

Plaintiff reserves the right to supplement the foregoing responses as necessary and appropriate.

DATED: New York, NY
April 7, 2008

        COX PADMORE SKOLNIK & SHAKARCHY, LLP
        Attorneys for Dr. George Karkanias

        By: Chinyere Okoronkwo, Esq. (CO3349)
        Special Counsel
        630 Third Avenue, 19th Floor
        New York, NY 10017
        (212)953-6633