UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: 4/7/08

------------------------------------ x

GEORGE KARKANIAS,               :

        Plaintiff,           :

      -against-              :

ALBERT EINSTEIN COLLEGE OF MEDICINE   :
OF YESHIVA UNIVERSITY & YESHIVA
UNIVERSITY,                    :

        Defendants.          :

------------------------------------ x

08 Civ. 1967 (SAS) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

        The parties are advised that I am an Adjunct Professor at Cardozo Law School, which is part of the Yeshiva University system. I do not believe that this would require my recusal. The parties shall promptly advise me (and Judge Scheindlin) if they think otherwise.

        SO ORDERED.

Dated:    New York, New York
           April 7, 2008

                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    Steven D. Skolnik, Esq.
                                  Dan Riesel, Esq.
                                  Judge Shira A. Scheindlin

C:\OPIN\