UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GEORGE KARKANIAS,

          Plaintiff,

          -against-

ALBERT EINSTEIN COLLEGE OF MEDICINE
OF YESHIVA UNIVERSITY; AND YESHIVA
UNIVERSITY,

          Defendants.
----------------------------------------------------------------x

08 Civ. 1967 (Judge Scheindlin)

**AFFIDAVIT OF SERVICE**

Electronic Case Filing

I, Samuel Brintle, declare under penalty of perjury that I have served a copy of the attached

    **Summons and Complaint** *along with* The assigned Judges' Individual Rules; USDC/SDNY Instructions for Filing an Electronic Case or Appeal; USDC/SDNY Procedures for Electronic Case Filing; and the USDC/SDNY Guidelines for Electronic Case Filing

upon Defendants Albert Einstein College of Medicine of Yeshiva University and Yeshiva University, at approximately 3:30 pm on March 17, 2008 by leaving them with Steven C. Russo, Esq., at Sive Paget & Riesel, P.C., 460 Park Avenue, New York, NY 10022.

Mr. Russo acknowledged himself authorized to accept such documents on behalf of the Defendants listed above.

Mr. Russo also signed a letter signifying his receipt of the Summons and Complaint which is attached below.

                                               */s/ Samuel Brintle*
                                               Samuel Brintle, Paralegal
                                               Cox Padmore Skolnik & Shakarchy LLP
                                               630 Third Avenue, 19th floor
                                               (212) 953-6633

Sworn to before me this
24th day of April, 2008

_____
Notary Public

                    NOAH B. POTTER
              Notary Public, State of New York
                    No.02PO6066349
              Qualified in New York County
          Commission Expires November 13, 2009

# Cox Padmore Skolnik & Shakarchy LLP
Attorneys at Law

Chinyere Okoronkwo
Of Counsel

March 17, 2008

*Rec'd* *[initials]*

**Via Hand Delivery**

Steven C. Russo, Esq.
Sive Paget & Riesel, P.C.
460 Park Avenue
New York, NY 10022

Re: **Karkanias v. Albert Einstein College of Medicine of Yeshiva University, et al., United States District Court, Southern District of New York, Case No.: 08 CV 1967**

Dear Mr. Russo:

    We hereby serve the summons and complaint against defendants Albert Einstein College of Medicine of Yeshiva University and Yeshiva University in the above-referenced case together with paper copies of the documents listed in the 3rd Amended Instructions for Filing an Electronic Case or Appeal. You previously informed me that you would accept service of process on behalf of the defendants. Please confirm your acceptance by countersigning a copy of this letter and by returning the same to our process server.

    Further, as a professional courtesy, we hereby inform you that the Court has scheduled an initial conference in this case for March 26, 2008 at 4:30 p.m. in courtroom 15C at the United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007. As you may have gathered, the case was initially assigned to Judge Buchwald. Thereafter, it was reassigned to Judge Scheindlin.

    Please feel free to contact me with any questions or concerns.

Very truly yours,

*[signature]*
Chinyere Okoronkwo

---

Steven C. Russo, Esq.

Enclosure(s)

630 Third Avenue   19th Floor   New York, NY 10017-6782   212/953-6633   212/949-6943 (Telefax)

A Partnership including Limited Liability Partnerships

Denver, Colorado            Jerusalem, Israel
303/839-9191                212/561-5527